

**IN THE
TENTH COURT OF APPEALS**

**No. 10-16-00068-CV**

**IN THE INTEREST OF G.P., A CHILD**

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2014-4864-3**

## ORDER

On April 22, 2016, Morris P., Appellant, filed a brief with this Court which appears to be pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 493 (1967). The Court notes, however, that the brief and its appendix are not in compliance with Rule 9.8, which requires the use of an alias in all papers, except docketing statements, submitted to this Court, including the appendix, when identifying the child in an appeal arising out of a parental-rights termination case. *See* TEX. R. APP. P. 9.8(b)(1). In order to protect the identity of the child, the Court orders Morris's brief to be stricken and orders counsel for Morris to file a new brief redacting the child's name in the appendix.

Further, counsel for Morris has not complied with *Anders* and its progeny in that he has not filed a written representation to this Court that he provided a copy of the brief to Morris; advised him of his right to examine the appellate record and file a *pro se* response; personally provided him with a copy of the appellate record; and notified him of his deadline for filing a *pro se* response. *See In re D.A.S.*, 973 S.W.2d 296, 297 (Tex. 1998); *see also Kelly v. State*, 436 S.W.3d 313, 319-21 (Tex. Crim. App. 2014). The Court further orders that counsel for Morris provide this Court with the required written representation with the redacted brief.

The redacted brief and written representation are ordered to be filed within 14 days from the date of this order.[1]

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Brief stricken
Order delivered and filed July 13, 2016



---

[1] This Court does not, at this juncture, address whether or not a motion to withdraw is currently necessary at this stage of the proceedings in light of recent Texas Supreme Court precedent. *See In the Interest of P.M.*, No. 15-0171, 2016 Tex. LEXIS 236, at **5-8 (Tex. Apr. 1, 2016). This Court notes that counsel for Morris referenced withdrawing as counsel in the prayer of his brief but did not file a motion to withdraw as counsel. In light of Morris's continuing need for counsel, a motion to withdraw may not only be premature, *see In re P.M.*, 2016 Tex. LEXIS 236 at *8, it may be unnecessary.